## CARROLL.

---

## BROWN *v.* WIGGIN.

The propriety of sending to the jury a chalk, referred to in testimony, is
a question of fact to be determined at the trial term.

CASE, for kindling a fire on the defendant's land so carelessly
that it spread to the plaintiff's land and consumed his timber.
Subject to exception, a chalk, showing the location of places re-
ferred to in testimony, and used in the examination of witnesses,
was sent to the jury after they retired to consider their verdict.
Verdict for the defendant.

*Sawyer* and *Copeland*, for the plaintiff.

*Weeks*, for the defendant.

BINGHAM, J.   The propriety of sending the chalk to the jury
was a question of fact to be determined at the trial term.

*Judgment on the verdict.*

SMITH, J., did not sit : the others concurred.